UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61053-CIV-DIMITROULEAS

CATHI A. GUIDARO-FIANO,

    Plaintiff,

vs.

BIEHL & BIEHL, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal, filed herein on August 5, 2009. [DE-4].  The Court has carefully considered the Notice and is otherwise fully advised in the premises.  The Court notes that the Defendant has yet to file either an answer or a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Notice of Voluntary Dismissal [DE-4] is hereby **APPROVED**.

2.    The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

3.    The Clerk shall deny any pending motions as moot.

4.    The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of August, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record